# EXHIBIT B

10/4/24, 11:35 AM      re:SearchTX - First Baptist Church Mineral Wells vs. Brotherhood Mutual Insurance Company C51455

Case 4:24-cv-00949-P    Document 1-4    Filed 10/04/24    Page 2 of 3    PageID 13

# Case Information

## First Baptist Church Mineral Wells vs. Brotherhood Mutual Insurance Company

C51455

     File Into

Case last refreshed: 10/2/24 9:30 PM

Location
Palo Pinto County - District Clerk

Case Category
Civil - Other Civil

Case Type
Other Civil

Case Filed Date
9/4/2024

# Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| Plaintiff | First Baptist Church Mineral Wells ▾ | | Andrew Spadoni ▾ |
| Defendant | Brotherhood Mutual Insurance Company ▾ | | |

# Events [2]



## Petition

Plaintiff's Original Petition

File Date
9/4/2024



| Name | Description | Security Description | Pages | Price | |
|------|-------------|----------------------|-------|-------|--|
| Plaintiff's Original Petition.pdf | Plaintiff's Original Petition.pdf | Does not contain sensitive data | 13 | $1.30 | 🛒 Add |

## Request

Request for Citation

File Date
9/4/2024



| Name | Description | Security Description | Pages | Price | |
|------|-------------|----------------------|-------|-------|--|
| 2024.09.04 Letter to Clerk - Request for Citation.pdf | 2024.09.04 Letter to Clerk - Request for Citation.pdf | Does not contain sensitive data | 1 | $1.00 | 🛒 Add |

10/4/24, 11:35 AM     re:SearchTX - First Baptist Church Mineral Wells vs. Brotherhood Mutual Insurance Company C51455

Case 4:24-cv-00949-P    Document 1-4    Filed 10/04/24    Page 3 of 3    PageID 14

## No Fee Documents

RETURN OF SERVICE BROTHERHOOD MUTUAL INSURANCE COMPANY

File Date
9/6/2024



| Name | Description | Security Description | Pages | Price | |
|------|-------------|---------------------|-------|-------|--|
| 9624 Brotherhood Mutual Insurance Company.pdf | 9624 Brotherhood Mutual Insurance Company.pdf | Does not contain sensitive data | 2 | $1.00 | 🛒 Add |

© 2024 Tyler Technologies, Inc. | All Rights Reserved

Version: 2024.9.1.583

